NUMBER 13-99-256-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


LINCOLN JOSEPH PAYNE , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________



On appeal from the 248th District Court 

of Harris County, Texas.


___________________________________________________________________



O P I N I O N


Before Justices Hinojosa, Yañez, and Chavez

Opinion Per Curiam


 Appellant, LINCOLN JOSEPH PAYNE , perfected an appeal from a judgment entered by the 248th District Court of
Harris County, Texas, in cause number 788464 . Appellant has filed a motion to dismiss the appeal. The motion complies
with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 27th day of May, 1999 .